UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CUELLO,

                Plaintiff,

    -against-

DOE,

                Defendants.

25 CIVIL 4516 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the July 14, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    SO ORDERED.

Dated:    July 15, 2025

        New York, New York

                                  /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                            Chief United States District Judge